750-2089            RPV            #6191112

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| LILLIE SMITH, INDEPENDENT ADMINISTRATOR of the ESTATE of PAUL E. CLIFTON, DECEDENT<br><br>      Plaintiff,<br>vs.<br><br>CHAMPAIGN COUNTY SHERIFF DAN WALSH, IN HIS OFFICIAL CAPACITY; BRYCE GOOD; JUSTIN RZECHULA; COREY PANKOW; RYAN SHAW; TODD GILL; AMBER KOCHER; CHAMPAIGN COUNTY, ILLINOIS; JO BATES, LPN; ADEYEMI FATOKI, MD, MPH; CECILE KEMP, LPN; and CORRECT CARE SOLUTIONS, LLC;<br><br>      Defendants. | Civil Action No. 17-2070 |

### STIPULATION TO DISMISS CERTAIN DEFENDANTS

It is hereby stipulated and agreed by LILLIE SMITH, INDEPENDENT ADMINISTRATOR of the ESTATE of PAUL E. CLIFTON, DECEDENT and CORRECT CARE SOLUTIONS, LLC ("CCS") that pursuant to the parties' settlement, the plaintiff's claim against CCS be dismissed with prejudice and without costs to either of the parties.

IT IS FURTHER STIPULATED that this court shall retain jurisdiction to enforce the settlement agreement. CCS shall pay settlement the within 30 days of receipt of the signed release.

                                                   **SHAYLA MAATUKA**

                                                   BY:_____
                                                   Attorney for the Plaintiff

**ROBERT P. VOGT**

BY: _____
Attorney for Defendant CCS

Pldgs/ Stipulation to Dismiss- CCS

750-2089                           RPV/kl                           #6191112

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| LILLIE SMITH, INDEPENDENT ADMINISTRATOR of the ESTATE of PAUL E. CLIFTON, DECEDENT ) ) ) ) ) Plaintiff, ) vs. ) ) CHAMPAIGN COUNTY SHERIFF DAN WALSH, IN HIS OFFICIAL CAPACITY; BRYCE GOOD; JUSTIN RZECHULA; COREY PANKOW; RYAN SHAW; TODD GILL; AMBER KOCHER; CHAMPAIGN COUNTY, ILLINOIS; JO BATES, LPN; ADEYEMI FATOKI, MD, MPH; CECILE KEMP, LPN; and CORRECT CARE SOLUTIONS, LLC; ) ) ) ) ) ) ) ) ) ) Defendants. ) | Civil Action No. 17-2070 |

## CERTIFICATE OF SERVICE

I, Robert P. Vogt, certify that on **October 30, 2019** I electronically filed **Stipulation to Dismiss Defendants Jo Bates, Cecile Kemp and Adeyemi Fatoki, MD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- Shayla Maatuke  shayla@madelaw.net
- Keith E. Fruehling  kfruehling@heylroyster.com

Respectfully Submitted,

**VOGT & O'KANE**

By: /s/ Robert P. Vogt
    Robert P. Vogt

**VOGT & O'KANE**
Attorneys for Defendant
20 South Clark Street, Suite 1050
Chicago, IL 60603
312/236-5151
bvogt@vogtokane.com