750-2089　　　　　　　　　　　　　　RPV　　　　　　　　　　　　　　#6191112

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| LILLIE SMITH, INDEPENDENT ADMINISTRATOR of the ESTATE of PAUL E. CLIFTON, DECEDENT ) ) ) ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 17-2070 |
| ) | |
| CHAMPAIGN COUNTY SHERIFF DAN WALSH, IN HIS OFFICIAL CAPACITY; BRYCE GOOD; JUSTIN RZECHULA; COREY PANKOW; RYAN SHAW; TODD GILL; AMBER KOCHER; CHAMPAIGN COUNTY, ILLINOIS; JO BATES, LPN; ADEYEMI FATOKI, MD, MPH; CECILE KEMP, LPN; and CORRECT CARE SOLUTIONS, LLC; ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS CERTAIN DEFENDANTS

It is hereby stipulated and agreed by LILLIE SMITH, INDEPENDENT ADMINISTRATOR of the ESTATE of PAUL E. CLIFTON, DECEDENT and JO BATES, CECILE KEMP, and ADEYEMI FATOKI, M.D., the plaintiff's claim against JO BATES, CECILE KEMP, and ADEYEMI FATOKI, M.D be dismissed with prejudice and without costs to either of the parties.

SHAYLA MAATUKA

BY: _____
Attorney for the Plaintiff


ROBERT P. VOGT

BY: _____
Attorney for Defendants

Pldgs/ Stipulation to Dismiss- Nurses and Dr. Fatoki

750-2089                               RPV/kl                              #6191112

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| LILLIE SMITH, INDEPENDENT ADMINISTRATOR of the ESTATE of PAUL E. CLIFTON, DECEDENT )<br><br>Plaintiff, )<br>vs. )<br><br>CHAMPAIGN COUNTY SHERIFF DAN WALSH, IN HIS OFFICIAL CAPACITY; BRYCE GOOD; JUSTIN RZECHULA; COREY PANKOW; RYAN SHAW; TODD GILL; AMBER KOCHER; CHAMPAIGN COUNTY, ILLINOIS; JO BATES, LPN; ADEYEMI FATOKI, MD, MPH; CECILE KEMP, LPN; and CORRECT CARE SOLUTIONS, LLC; )<br><br>Defendants. ) | Civil Action No. 17-2070 |

### CERTIFICATE OF SERVICE

I, Robert P. Vogt, certify that on **October 30, 2019** I electronically filed **Stipulation to Dismiss Defendant Correct Care Solutions, LLC** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- Shayla Maatuke  shayla@madelaw.net
- Keith E. Fruehling  kfruehling@heylroyster.com

Respectfully Submitted,

**VOGT & O'KANE**

By: /s/ Robert P. Vogt
      Robert P. Vogt

**VOGT & O'KANE**
Attorneys for Defendant
20 South Clark Street, Suite 1050
Chicago, IL 60603
312/236-5151
bvogt@vogtokane.com