5590-10
KEF/tlp

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LILLIE SMITH, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PAUL E. CLIFTON, DECEDENT, </br></br> Plaintiff, </br></br> vs. </br></br> CHAMPAIGN COUNTY SHERIFF DAN WALSH, IN HIS OFFICIAL CAPACITY; BRYCE GOOD; JUSTIN RZECHULA; COREY PANKOW; RYAN SHAW; TODD GILL; AMBER KOCHER; CHAMPAIGN COUNTY, ILLINOIS; JO BATES, LPN; ADEYEMI FATOKI, MD, MPH; CECILE KEMP, LPN; and CORRECT CARE SOLUTIONS, LLC, </br></br> Defendants. | No.: 2:17-cv-02070-EIL |

## SUGGESTION OF CASE RESOLUTION

NOW COME the Defendants, CHAMPAIGN COUNTY SHERIFF DAN WALSH, IN HIS OFFICIAL CAPACITY, BRYCE GOOD, JUSTIN RZECHULA, COREY PANKOW, RYNE SHAW (incorrectly identified in Complaint as "Ryan Shaw"), TODD GILL, AMBER KOCHER, and CHAMPAIGN COUNTY, ILLINOIS, by KEITH E. FRUEHLING of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and for their Suggestion of Case Resolution, state as follows:

1. The parties have entered into a settlement agreement that resolves all issues in this case.

2. As part of that agreement, Plaintiff has been seeking an Order from the State Probate Court formally approving the Plaintiff's Petition to Approve the above-referenced

settlement and authorizing her and/or her attorneys to execute the necessary settlement documents. The Plaintiff just recently secured that Order from that Court.

3. The parties have executed and exchanged the settlement paperwork necessary to reflect the specific terms and conditions of the settlement agreement.

4. The formal consideration has been requested and the parties are awaiting its preparation. It is the intent of the parties that once the consideration is provided that the parties will file a Stipulation to Dismiss with prejudice and proposed Order of Dismissal with this Court for its consideration.

5. In the interim, should this Court have any questions regarding the proposed resolution plan/settlement of this matter, please feel free to contact counsel for any party in the case.

Respectfully submitted,

CHAMPAIGN COUNTY SHERIFF DAN WALSH, IN HIS OFFICIAL CAPACITY, BRYCE GOOD, JUSTIN RZECHULA, COREY PANKOW, RYNE SHAW, TODD GILL, AMBER KOCHER, and CHAMPAIGN COUNTY, ILLINOIS, Defendants

BY:  s/Keith E. Fruehling
HEYL, ROYSTER, VOELKER & ALLEN
ARDC #: 6216098
301 North Neil Street, Suite 505
Champaign, IL  61820
Telephone  217.344.0060
Facsimile  217.344.9295
kfruehling@heylroyster.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2020, I electronically filed the foregoing Suggestion of Case Resolution with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Shayla Maatuka
Maatuka Al-Heeti Emkes, LLC
2101 Windsor Place, Suite B
Champaign, IL 61820

I also hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:  None.

s/ Keith E. Fruehling_____
Heyl, Royster, Voelker & Allen

37810648_1