5590-10
KEF/tlp

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LILLIE SMITH, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PAUL E. CLIFTON, DECEDENT, <br><br> Plaintiff, <br><br> vs. <br><br> CHAMPAIGN COUNTY SHERIFF DAN WALSH, IN HIS OFFICIAL CAPACITY; BRYCE GOOD; JUSTIN RZECHULA; COREY PANKOW; RYAN SHAW; TODD GILL; AMBER KOCHER; CHAMPAIGN COUNTY, ILLINOIS; JO BATES, LPN; ADEYEMI FATOKI, MD, MPH; CECILE KEMP, LPN; and CORRECT CARE SOLUTIONS, LLC, <br><br> Defendants. | No.: 2:17-cv-02070-EIL |

## **STIPULATION FOR DISMISSAL**

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the Plaintiff, LILLIE SMITH, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PAUL E. CLIFTON, DECEASED, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

                                      LILLIE SMITH, INDEPENDENT ADMINISTRATOR OF THE ESTATE OF PAUL E. CLIFTON, DECEASED, Plaintiff

                                      BY: */s/ Shayla Maatuka (w/consent)*
                                      Shayla Maatuka
                                      Maatuka Al-Heeti Emkes, LLC
                                      2101 Windsor Place, Suite B
                                      Champaign, IL 61820
                                      Phone: 217.356.9500
                                      Email: shayla@maelaw.net

CHAMPAIGN COUNTY SHERIFF DAN WALSH, IN HIS OFFICIAL CAPACITY, BRYCE GOOD, JUSTIN RZECHULA, COREY PANKOW, RYNE SHAW, TODD GILL, AMBER KOCHER, and CHAMPAIGN COUNTY, ILLINOIS, Defendants

BY: /s/ Keith E. Fruehling
Keith E. Fruehling
HEYL, ROYSTER, VOELKER & ALLEN
301 North Neil Street, Suite 505
Champaign, IL 61820
Phone: 217.344.0060
Email: kfruehling@heylroyster.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2020, I electronically filed the foregoing Stipulation for Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Shayla Maatuka
Maatuka Al-Heeti Emkes, LLC
2101 Windsor Place, Suite B
Champaign, IL 61820

I also hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: None.

s/ Keith E. Fruehling
Heyl, Royster, Voelker & Allen

37472591_1